No. 12–481.   PETTY v. RUDEK, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 12–486.   GEORGIACARRY.ORG, INC., ET AL. v. GEORGIA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 12–491.   HUDDLESTON ET UX. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 12–494.   PENA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 12–495.   OMAN ET AL. v. PORTLAND PUBLIC SCHOOLS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 12–497.   DEYERBERG v. HOLDER, ATTORNEY GENERAL, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 12–498.   KOTZEVA v. HORNE, ATTORNEY GENERAL OF ARIZONA, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 12–499.   TOWNSEND v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 12–500.   DOE v. WILLITS CHARTER SCHOOL ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 12–501.   CULLEN v. VILLAGE OF PELHAM MANOR, NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 12–502.   WEINSTEIN ET AL. v. BERGER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–505.   STAIR v. CLERK, CIRCUIT COURT OF MICHIGAN, 13TH CIRCUIT, ET AL.   Ct. App. Mich.   Certiorari denied.

No. 12–506.   HETTINGA ET AL. v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 12–507.   FALDAS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 12–508.   ESCALERA v. SCRIBNER, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.